1  Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
2  Christopher W. Arledge, Esq. (Bar. No. 200767)
   carledge@onellp.com
3  John Tehranian, Esq. (Bar No. 211616)
   jtehranian@onellp.com
4  Marc S. Williams, Esq. (Bar No. 198913)
   mwilliams@onellp.com
5  **ONE LLP**
   4000 MacArthur Blvd.
6  West Tower, Suite 1100
   Newport Beach, CA 92660
7  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081
8
   Attorneys for Plaintiff, Mavrix Photo, Inc.
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>        Plaintiff,<br><br>v.<br><br>MSNBC INTERACTIVE NEWS LLC; and DOES 1-10 INCLUSIVE,<br><br>        Defendants. | Case No. CV 10-8930 DMG (JCGx)<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION BY PLAINTIFF WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i)** |

1 | Mavrix Photo, Inc. files this notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i)
2 | for the purpose of dismissing <u>without prejudice</u> this entire action against MSNBC
3 | Interactive News LLC ("MSNBC") and DOES 1 through 10.

Dated: January 4, 2011

**ONE LLP**

By: <u>/S/ Marc S. Williams</u>
    Marc S. Williams, Esq.
    Attorneys for Plaintiff,
    Mavrix Photo, Inc.